# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **DANIEL THOMAS FINN,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:20-CV-00385-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2022 Order.

June 15, 2022

Frank G. Johns, Clerk
United States District Court